

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00157-CV

MARCUS ANTHONY TAVIRA, APPELLANT

V.

T & J WILLIS EQUIPMENT RENTAL & SALES INC., APPELLEE

On Appeal from the 100th District Court
Childress County, Texas
Trial Court No. 10357, Honorable Stuart Messer, Presiding

January 13, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

The brief of appellant Marcus Anthony Tavira in this appeal originally was due September 12, 2014. We granted three extensions, advancing the due date to November 7. The brief was not filed. By letter of December 3, we ordered that unless Tavira's brief was filed by December 31, 2014, the appeal would be dismissed for want of prosecution without further notice.

To this date, the brief has not been filed. Accordingly, the appeal is dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1) & 42.3(b),(c).

In a letter filed December 22, Tavira's attorney expressed the belief the case was settled. If action under Rule of Appellate Procedure 42.1 is necessary to effect a settlement, any party may request such action of the court by motion for rehearing, filed within the period prescribed by rule 49.1. TEX. R. APP. P. 42.1 & 49.1.

James T. Campbell
Justice